LAWRENCE G.  BROWN
Acting United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814

CAROLINE A. NEWMAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 305-2558
Email: Caroline.A.Newman@usdoj.gov
Western.Taxcivil@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and LYNNE HARTMANN, Revenue Officer, Internal Revenue Service,<br><br>Petitioners,<br><br>v.<br><br>MATTHEW O. EIB,<br><br>Respondent. | No. 2:08-mc-00124-FCD-DAD<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS AND ENFORCING I.R.S. SUMMONS**<br><br>Taxpayer: MATTHEW O. EIB |

The United States and Revenue Officer Lynne Hartmann hereby petition for

enforcement of an I.R.S. summons.  The matter was placed before United States

Magistrate Judge Dale A. Drozd under 28 U.S.C. § 636 *et seq.* and Local Rule 73-302.

On November 5, 2008, Judge Drozd issued an Order to Show Cause, ordering the

respondent, Matthew O. Eib, to show cause why the I.R.S. summons issued to him on

June 18, 2008, should not be enforced.  The Petition, Points and Authorities, and Order to

Show Cause were served upon the respondent according to Fed. R. Civ. P. 4(e).

Respondent did not file an opposition to enforcement under paragraph on page 3 of the

Order to Show Cause.

///

1    Judge Drozd presided at the show-cause hearing on February 6, 2009.  Respondent

2    did not appear.  On February 13, 2009, Judge Drozd filed Findings and

3    Recommendations, finding that the requirements for summons enforcement had been

4    satisfied and recommending that the summons be enforced.  Neither side filed objections

5    to the Magistrate Judge's findings and recommendations.

6          I have reviewed the entire record de novo under 28 U.S.C. § 636(b)(1)(C) and

7    Local Rule 72-304.  I am satisfied that the Magistrate Judge's findings and

8    recommendations are supported by the record and by proper analysis, and that the

9    requested and unopposed summons enforcement should be granted.  Accordingly, it is

10   hereby ORDERED as follows:

11          1.  The Magistrate Judge's Findings and Recommendations Re: I.R.S. Summons

12   Enforcement, filed February 13, 2009, are ADOPTED IN FULL.

13          2.  The I.R.S. summons issued to respondent, Matthew O. Eib, is ENFORCED.

14          3.  Respondent, Matthew O. Eib, is ORDERED to appear at the I.R.S. offices at

15   4330 Watt Avenue, Sacramento, California, 95821, before Revenue Officer Lynne

16   Hartmann, or her designated representative, within 21 days of the issuance of this order,

17   or at an alternate time and date to be set by Revenue Officer Hartmann, then and there to

18   be sworn, to give testimony, and to produce for examining and copying the books,

19   checks, records, papers and other data demanded by the summons, the examination to

20   continue from day to day until completed.

21          It is SO ORDERED.

22

23   DATED: March 9, 2009.

24

25                              FRANK C. DAMRELL, JR.
                                UNITED STATES DISTRICT JUDGE
26

27

28